# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | Case No. 13-38458 |
|---|---|---|
| | § | |
| ANDREW WINEBURGH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 12/10/2015, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/18/2015  By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 13-38458
§
ANDREW WINEBURGH §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $70,000.00
*and approved disbursements of* $40.08
*leaving a balance on hand of*[1]: $69,959.92

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $69,959.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $6,750.00 | $0.00 | $6,750.00 |
| David P. Leibowitz, Trustee Expenses | $5.76 | $0.00 | $5.76 |
| Lakelaw, Attorney for Trustee Fees | $35,650.00 | $0.00 | $35,650.00 |
| Lakelaw, Attorney for Trustee Expenses | $509.34 | $0.00 | $509.34 |
| Alan D. Lasko & Alan D. Lasko & Associates, PC, Special Accountant for Trustee Fees | $2,874.60 | $0.00 | $2,874.60 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $700.00 | $0.00 | $700.00 |

Total to be paid for chapter 7 administrative expenses: $46,489.70
Remaining balance: $23,470.22

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $23,470.22 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $23,470.22 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $46,117.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Cavalry SPV I, LLC | $3,336.51 | $0.00 | $1,698.01 |
| 2 | Cavalry SPV I, LLC | $3,868.32 | $0.00 | $1,968.67 |
| 3 | Discover Bank | $8,057.72 | $0.00 | $4,100.74 |
| 4 | American InfoSource LP as agent for | $1,199.06 | $0.00 | $610.23 |
| 5 | Sallie Mae Inc. on behalf of | $12,564.56 | $0.00 | $6,394.36 |
| 6 | PYOD, LLC its successors and assigns as assignee | $13,307.43 | $0.00 | $6,772.42 |
| 7 | Portfolio Recovery Associates, LLC | $3,784.07 | $0.00 | $1,925.79 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $23,470.22 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $4,055.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 8 | Ally Financial f/k/a GMAC | $4,055.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                             Case No. 13-38458-CAD
Andrew Wineburgh                                                   Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: mhenley                 Page 1 of 3          Date Rcvd: Nov 19, 2015
                              Form ID: pdf006               Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2015.
db             +Andrew Wineburgh,    c/o DS Capital LLC,    35 East Wacker Drive 9th Floor,
                 Chicago, IL 60601-2120
aty           #+Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,
                 Chicago, IL 60603-1522
aty            David P. Leibowitz,    Lakelaw,    420 W. Clayton St.,    Waukegan, IL 60085-4216
21050954       +1516 North State Condominium LLC,     1516 North State,    Chicago, IL 60610-1677
21050955       +Anshe Emet Synagogue,    3751 N Broadway St.,    Chicago, IL 60613-4104
21050956       +Apex Financial Management,     1120 Lake Cook Road,    Suite A,    Buffalo Grove, IL 60089-1970
21050957       +Arnold Scott Harris PC,    222 Merchandise Mart Plaza,     Suite 1932,   Chicago, IL 60654-1420
21050958        Associated Recovery Systems,     P.O. Box 469046,    Escondido, CA 92046-9046
21050959        Astoria Federal Saving,    One Astoria Plaza,    Lake Success, NY 11042
21050960       +Bernard Zell Anshe Emet Day School,     3751 N Broadway St,    Chicago, IL 60613-4104
21050961       +Blatt, Hasenmiller, Leibsker & Moor,     125 S. Wacker Dr.,    Suite 400,   Chicago, IL 60606-4440
21050962       +Blmdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
21050965       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21050964       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
21050966       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
21050967       +Citifinancial,    P.O. Box 499,    Hanover, MD 21076-0499
21050968       +Clifford Law Offices, P.C.,    120 N. LaSalle St,    Suite 3100,    Chicago, IL 60602-2554
21050969       +Codilis & Associates, P.C.,    Bankruptcy Department,    15W030 N. Frontage Road; Ste. 100,
                 Burr Ridge, IL 60527-6921
21050972      #+Dermatology & Aesthetics Wicker Par,    1455 N Milwaukee Ave,    Chicago, IL 60622-2015
21050974       +Dr. Greg Cohen,    676 N St Clair St,    Chicago, IL 60611-2927
21050975       +Dr. Laurence Rubin,    2835 N. Sheffield Av,    suite 102,    Chicago, IL 60657-5191
21050979       +Healthcare Recovery So,    1515 W 190th Street S-35,    Gardena, CA 90248-4319
21050981       +Hsbc Bank,   2929 Walden Ave,    Depew, NY 14043-2690
21050980       +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
21050982       +Hsbc/Saks,   140 W Industrial Dr,    Elmhurst, IL 60126-1602
21050989      ++IOWA DEPARTMENT OF REVENUE,    ATTN BANKRUPTCY UNIT,    PO BOX 10471,    DES MOINES IA 50306-0471
               (address filed with court: Iowa Department of Revenue,     P.O. Box 10471,
                 Des Moines, IA 50306-0471)
21050985        Illinois Collection Service, Inc.,     P.O. Box 1010,    Tinley Park, IL 60477-9110
21050992       +JP Morgan Chase Bank NA,    P.O. Box 24785,    Mail Code: OH4-7164,    Columbus, OH 43224-0785
21050990       +Jp Morgan,   Po Box 32096,    Louisville, KY 40232-2096
21050993       +Keith Scott Shindler,    1990 E. Algonquin #180,    Schaumburg, IL 60173-4164
21050994       +Keynote Consulting,    220 W Campus Dr Ste 120,    Arlington Heights, IL 60004-1498
21050996       +Logan View Condo Association,    3125 West Fullerton,    Chicago, IL 60647-6950
21050997        Lurie Childrens,    P.O. Box 4066,    Carol Stream, IL 60197-4066
21050998        Lurie Childrens,    P.O. Box 4066,    Pediatric Faculty Foundation,    Carol Stream, IL 60197-4066
21050999       +Mb Fin Svcs,    36455 Corporate Dr,    Farmington Hills, MI 48331-3552
21051000       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
21243220        Mercedes-Benz Financial Services USA LLC f/k/a DCF,     c/o BK Servicing, LLC,   PO Box 131265,
                 Roseville, MN 55113-0011
21051004       +Much, Shelist,    191 North Wacker Drive,    Suite 1800,    Chicago, IL 60606-1631
21051006        Northwestern Memorial Hospital,    P.O. Box 73690,    Chicago, IL 60673-7690
21051007       +Northwestern Specialists,    900 N. Kingsbury St,    Chicago, IL 60610-7432
21051008       +Onemain,   Po Box 499,    Hanover, MD 21076-0499
21051011       +Rnb-Fields3,   Po Box 9475,    Minneapolis, MN 55440-9475
21051012       +Sears/Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
21051014       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
21051017       +Wisconsin Department of Revenue,    2135 Rimrock Road,    Madison, WI 53713-1443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23825755        E-mail/Text: ally@ebn.phinsolutions.com Nov 20 2015 01:33:33     Ally Financial f/k/a GMAC,
                 PO Box 130424,    Roseville, MN 55113-0004
21601859        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 20 2015 01:40:32
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
21050963       +E-mail/Text: bankruptcy@cavps.com Nov 20 2015 01:35:24     Cavalry Portfolio Services LLC,
                 500 Summit Lake Drive,    Suite 400,   Valhalla, NY 10595-2322
21572408       +E-mail/Text: bankruptcy@cavps.com Nov 20 2015 01:35:24     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
21050970       +E-mail/Text: creditonebknotifications@resurgent.com Nov 20 2015 01:33:42     Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
21050971       +E-mail/PDF: pa_dc_ed@navient.com Nov 20 2015 01:23:46     Dept Of Ed/Sallie Mae,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
21586333        E-mail/Text: mrdiscen@discover.com Nov 20 2015 01:33:34     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
21050973       +E-mail/Text: mrdiscen@discover.com Nov 20 2015 01:33:34     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
21050977       +E-mail/Text: ally@ebn.phinsolutions.com Nov 20 2015 01:33:33     G M A C,    15303 S 94th Ave,
                 Orland Park, IL 60462-3825
21050978       +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2015 01:24:22     Gecrb/Abt Tv,    Po Box 981439,
                 El Paso, TX 79998-1439
```

```
District/off: 0752-1           User: mhenley              Page 2 of 3                   Date Rcvd: Nov 19, 2015
                               Form ID: pdf006            Total Noticed: 70

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21050983      +E-mail/Text: bankruptcy@icsystem.com Nov 20 2015 01:35:54     I C System Inc,    Po Box 64378,
               Saint Paul, MN 55164-0378
21050984       E-mail/Text: bankruptcy@icsystem.com Nov 20 2015 01:35:54     IC System, Inc.,
               444 Highway 96 East,    P.O. Box 64887,    Saint Paul, MN 55164-0887
21050986      +E-mail/Text: rev.bankruptcy@illinois.gov Nov 20 2015 01:34:43
               Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
21050987      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Nov 20 2015 01:41:51
               Indiana Department of Revenue,    100 North Senate Avenue,    Indianapolis, IN 46204-2253
21050988       E-mail/Text: cio.bncmail@irs.gov Nov 20 2015 01:33:53     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
21050991      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 20 2015 01:41:03     JP Morgan Chase Bank,
               c/o: Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
21051001       Fax: 773-272-0602 Nov 20 2015 02:52:09     Medical Recovery Specialists,   2250 E Devon Avenue,
               Suite 352,    Des Plaines, IL 60018-4519
21051002      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 20 2015 01:34:42     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
21051003       E-mail/Text: mmrgbk@miramedrg.com Nov 20 2015 01:35:04     MiraMed Revenue Group,
               P.O. Box 536,   Linden, MI 48451-0536
21051009      +E-mail/Text: EBN_Notifications@OWB.com Nov 20 2015 01:34:31     Onewest Bank,
               6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
21051010       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2015 01:25:10
               Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
21981176       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2015 01:24:27
               Portfolio Recovery Associates, LLC,    successor to HSBC BANK NEVADA, N.A.,    PO Box 41067,
               Norfolk, VA 23541
21918459      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 20 2015 01:23:50
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
21781805       E-mail/PDF: pa_dc_ed@navient.com Nov 20 2015 01:25:13     Sallie Mae Inc. on behalf of,
               Department of Education,    P.O. Box 740351,    Atlanta, Ga 30374-0351
21051016      +E-mail/Text: BKRMailOps@weltman.com Nov 20 2015 01:35:06     Weltman, Weinberg & Reis Co, LPA,
               180 North LaSalle Street,    Suite 2400,   Chicago, IL 60601-2704
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21050976        EIS Collections
21050995     ##+Logan View Condo Association,    c/o: Wolin-Levin,    325 West Huron; Suite 600,
               Chicago, IL 60654-3639
21051005      ##National Assest Recovery Services,    PO Box 701,   Chesterfield, MO 63006-0701
21051013     ##+Susan Pearson,    9624 North 200 East,   La Porte, IN 46350-8175
21051015     ##+The Bureaus Inc,    1717 Central St,   Evanston, IL 60201-1507
                                                                                   TOTALS: 1, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2015                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: mhenley              Page 3 of 3                  Date Rcvd: Nov 19, 2015
                              Form ID: pdf006            Total Noticed: 70
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2015 at the address(es) listed below:

```
              David C. Nelson    on behalf of Debtor Andrew  Wineburgh dcnelson@nelsonlawoffice.com,
               deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Joel P Fonferko    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ND-One@il.cslegal.com
              Justin R. Storer    on behalf of Plaintiff    David P. Leibowitz, Chapter 7 Trustee for the estate
               of Andrew Wineburgh jstorer@lakelaw.com
              Michael  Dimand    on behalf of Creditor    JPMorgan Chase Bank, National Association
               mdimand@aol.com,  bankruptcyfilings@wirbickilaw.com
              Norman B Newman    on behalf of Defendant Amy  Rosenblum nnewman@muchshelist.com
              Norman B Newman    on behalf of Defendant Susan  Pearson nnewman@muchshelist.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip  Berenz    on behalf of Trustee David P Leibowitz, ESQ pberenz@yahoo.com
                                                                                             TOTAL: 10
```