**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-38458 |
| | § | |
| ANDREW WINEBURGH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $459,275.10 | Assets Exempt: | $36,701.00 |
| Total Distributions to Claimants: | $23,470.22 | Claims Discharged Without Payment: | $236,459.81 |
| Total Expenses of Administration: | $46,529.78 | | |

3) Total gross receipts of $70,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $70,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $477,432.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $46,529.78 | $46,529.78 | $46,529.78 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $255,238.79 | $50,172.67 | $50,172.67 | $23,470.22 |
| **Total Disbursements** | $732,670.79 | $96,702.45 | $96,702.45 | $70,000.00 |

   4). This case was originally filed under chapter 7 on 09/30/2013.  The case was pending for 31 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 04/18/2016            By:   /s/ David P. Leibowitz
                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Other Potential Actions and Preference Actions | 1249-000 | $70,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$70,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $420,000.00 | $0.00 | $0.00 | $0.00 |
| | JP Morgan Chase Bank | 4110-000 | $50,000.00 | $0.00 | $0.00 | $0.00 |
| | Logan View Condo Association | 4110-000 | $1,300.00 | $0.00 | $0.00 | $0.00 |
| | Mb Fin Svcs | 4110-000 | $6,132.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$477,432.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $6,750.00 | $6,750.00 | $6,750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.76 | $5.76 | $5.76 |
| Green Bank | 2600-000 | NA | $40.08 | $40.08 | $40.08 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $35,650.00 | $35,650.00 | $35,650.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $509.34 | $509.34 | $509.34 |
| Alan D. Lasko & Alan D. Lasko & Associates, PC, Special Accountant for Trustee | 3410-580 | NA | $2,874.60 | $2,874.60 | $2,874.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | **$46,529.78** | **$46,529.78** | **$46,529.78** |

UST Form 101-7-TDR (10/1/2010)

| CHARGES |
|---|

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Indiana Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Iowa Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-900 | $0.00 | $3,336.51 | $3,336.51 | $1,698.01 |
| 2 | Cavalry SPV I, LLC | 7100-900 | $0.00 | $3,868.32 | $3,868.32 | $1,968.67 |
| 3 | Discover Bank | 7100-900 | $8,057.00 | $8,057.72 | $8,057.72 | $4,100.74 |
| 4 | American InfoSource LP as agent for | 7100-900 | $1,145.00 | $1,199.06 | $1,199.06 | $610.23 |
| 5 | Sallie Mae Inc. on behalf of | 7100-000 | $15,133.00 | $12,564.56 | $12,564.56 | $6,394.36 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $13,307.43 | $13,307.43 | $13,307.43 | $6,772.42 |
| 7 | Portfolio Recovery Associates, LLC | 7100-900 | $3,784.00 | $3,784.07 | $3,784.07 | $1,925.79 |
| 8 | Ally Financial f/k/a GMAC | 7200-000 | $4,055.00 | $4,055.00 | $4,055.00 | $0.00 |
| | Anshe Emet Synagogue | 7100-000 | $7,781.00 | $0.00 | $0.00 | $0.00 |
| | Apex Financial Management | 7100-000 | $3,025.00 | $0.00 | $0.00 | $0.00 |
| | Arnold Scott | 7100-000 | $2,007.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Harris PC | | | | | |
| Astoria Federal Saving | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bernard Zell Anshe Emet Day School | 7100-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
| Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | $10,689.00 | $0.00 | $0.00 | $0.00 |
| Blatt, Hasenmiller, Leibsker & Moor | 7100-000 | $3,025.79 | $0.00 | $0.00 | $0.00 |
| Blmdsnb | 7100-000 | $652.00 | $0.00 | $0.00 | $0.00 |
| Cavalry Portfolio Services LLC | 7100-000 | $2,519.51 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chase | 7100-000 | $4,904.00 | $0.00 | $0.00 | $0.00 |
| Citi | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Citi | 7100-000 | $10,689.00 | $0.00 | $0.00 | $0.00 |
| Citi | 7100-000 | $13,307.00 | $0.00 | $0.00 | $0.00 |
| Citifinancial | 7100-000 | $8,040.55 | $0.00 | $0.00 | $0.00 |
| Clifford Law Offices, P.C. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Credit One Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dermatology & Aesthetics Wicker Par | 7100-000 | $257.68 | $0.00 | $0.00 | $0.00 |
| Dr. Greg Cohen | 7100-000 | $558.88 | $0.00 | $0.00 | $0.00 |
| Dr. Laurence Rubin | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| EIS Collections | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| GMAC | 7100-000 | $4,055.00 | $0.00 | $0.00 | $0.00 |
| Healthcare Recovery So | 7100-000 | $297.00 | $0.00 | $0.00 | $0.00 |
| Hsbc Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hsbc Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hsbc/Saks | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| I C System Inc | 7100-000 | $236.00 | $0.00 | $0.00 | $0.00 |
| IC System, Inc. | 7100-000 | $236.60 | $0.00 | $0.00 | $0.00 |
| Illinois Collection Service, Inc. | 7100-000 | $140.48 | $0.00 | $0.00 | $0.00 |
| Jp Morgan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jp Morgan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jp Morgan | 7100-000 | $2,936.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Jp Morgan | 7100-000 | $34,750.00 | $0.00 | $0.00 | $0.00 |
| JP Morgan Chase Bank NA | 7100-000 | $52,841.65 | $0.00 | $0.00 | $0.00 |
| Keith Scott Shindler | 7100-000 | $2,992.17 | $0.00 | $0.00 | $0.00 |
| Keynote Consulting | 7100-000 | $81.00 | $0.00 | $0.00 | $0.00 |
| Lurie Childrens | 7100-000 | $542.40 | $0.00 | $0.00 | $0.00 |
| Lurie Childrens | 7100-000 | $648.55 | $0.00 | $0.00 | $0.00 |
| Mcydsnb | 7100-000 | $456.00 | $0.00 | $0.00 | $0.00 |
| Medical Recovery Specialists | 7100-000 | $573.65 | $0.00 | $0.00 | $0.00 |
| MiraMed Revenue Group | 7100-000 | $1,757.50 | $0.00 | $0.00 | $0.00 |
| Much, Shelist | 7100-000 | $6,555.00 | $0.00 | $0.00 | $0.00 |
| Northwestern Memorial Hospital | 7100-000 | $457.10 | $0.00 | $0.00 | $0.00 |
| Northwestern Memorial Hospital | 7100-000 | $4,792.00 | $0.00 | $0.00 | $0.00 |
| Northwestern Memorial Hospital | 7100-000 | $3,594.00 | $0.00 | $0.00 | $0.00 |
| Northwestern Specialists | 7100-000 | $136.90 | $0.00 | $0.00 | $0.00 |
| Onemain | 7100-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| Onewest Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Onewest Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rnb-Fields3 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sears/Cbna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Td Auto Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Bureaus Inc | 7100-000 | $106.00 | $0.00 | $0.00 | $0.00 |
| The Bureaus Inc | 7100-000 | $258.00 | $0.00 | $0.00 | $0.00 |
| Weltman, Weinberg & Reis Co, LPA | 7100-000 | $8,857.95 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $255,238.79 | $50,172.67 | $50,172.67 | $23,470.22 |

**UST Form 101-7-TDR (10/1/2010)**

Case 13-38458 Doc 79 Filed 04/19/16 Entered 04/19/16 09:51:38 Desc Main
Document Page 7 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1
Exhibit 8

| Case No.: | 13-38458-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WINEBURGH, ANDREW | Date Filed (f) or Converted (c): | 09/30/2013 (f) |
| For the Period Ending: | 4/18/2016 | §341(a) Meeting Date: | 11/26/2013 |
| | | Claims Bar Date: | 05/28/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 3125 West Fullerton Unit #221 Chicago, IL 60647 | $350,000.00 | $0.00 | | $0.00 | $350,000.00 |
| 2 | Cash on hand | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Personal Checking Account: None | $0.00 | $0.00 | | $0.00 | FA |
| 4 | 1516 North State Parkway Condominium Association | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | 2 Beds, Sofa, TV, Kitchen Utensils | $400.00 | $0.00 | | $0.00 | FA |
| 6 | Necessary Wearing Apparel | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Life Insurance; $250,000 (Whole Life - No Cash Value) New York Life, $175,000 (Term) GenWorth, $200,000 (Term) Transamerica, Beneficiaries: Daughter. | $0.00 | $0.00 | | $0.00 | FA |
| 8 | No Retirement Interests | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Wineburgh Family, LLC | $0.10 | $0.00 | | $0.00 | FA |
| 10 | 2012 Illinois Department of Revenue Refund | $14,599.00 | $13,599.10 | | $0.00 | FA |
| 11 | 2012 Indiana Department of Revenue Refund | $4,096.00 | $4,096.00 | | $0.00 | FA |
| **Asset Notes:** | Not listed on the amended schedule B | | | | | |
| 12 | 2007 Mercedes C280 4matic; 100,000 miles | $9,980.00 | $1,448.00 | | $0.00 | FA |
| 13 | 1990 Chris Craft 32 Foot Goose Island Boatyard has lien on boat | $1.00 | $0.00 | | $0.00 | FA |
| 14 | Personal Injury action (u) | $100,000.00 | $85,000.00 | | $0.00 | FA |
| 15 | Preference payment to Susan Pearson | $9,000.00 | $9,000.00 | | $0.00 | FA |
| **Asset Notes:** | Susan Pearson 9624 North 200 East La Porte, IN 46350 Sister | | | | | |
| 16 | Preference payment to Amy Rosenblum | $5,000.00 | $5,000.00 | | $0.00 | FA |
| **Asset Notes:** | Amy Rosenblum 35 East Wacker Ninth Floor Chicago, IL 60601 Sister | | | | | |
| 17 | Other Potential Actions and Preference Actions (u) | $0.00 | $0.00 | | $70,000.00 | FA |

**TOTALS (Excluding unknown value)**         **Gross Value of Remaining Assets**

| Case No.: | 13-38458-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WINEBURGH, ANDREW | | Date Filed (f) or Converted (c): | 09/30/2013 (f) |
| For the Period Ending: | 4/18/2016 | | §341(a) Meeting Date: | 11/26/2013 |
| | | | Claims Bar Date: | 05/28/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | $495,976.10 | $118,143.10 | | $70,000.00 | $350,000.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/24/2016 | Distribution made - needs TDR |
| 08/18/2015 | TFR submitted to UST on 8/18/15 |
| 05/26/2015 | Order granting motion to employ Alan Lasko as Accountant |
| 05/20/2014 | Received tip.  The person wants to remain anonymous |
| | The company that Debtor works is DS Capital LLC and the Debtor makes substantially more than what he reported between somewhere between $150k-200k.  DS Capital under his sisters name.  He referred to this company as a Sham as the Debtor is actually the principal of this company yet it is under his sister name Rosenblum.  Debtor takes all the income this company. |
| | In 2011 and 2012 there was a bank account opened at Chase Bank in his sister name Amy Rosenblum account number #9963510  Roughly in the 90k pass through this account from DS Capital earnings. |
| | He also have a safe deposit possibly with Chase in his sister name Amy Rosenblum. |
| 05/20/2014 | Received tip.  The person wants to remain anonymous |
| | The company that Debtor works is DS Capital LLC and the Debtor makes substantially more than what he reported between somewhere between $150k-200k.  DS Capital under his sisters name.  He referred to this company as a Sham as the Debtor is actually the principal of this company yet it is under his sister name Rosenblum.  Debtor takes all the income this company. |
| | In 2011 and 2012 there was a bank account opened at Chase Bank in his sister name Amy Rosenblum account number #9963510  Roughly in the 90k pass through this account from DS Capital earnings. |
| | He also have a safe deposit possibly with Chase in his sister name Amy Rosenblum. |
| 03/21/2014 | Prepared preference demand on Susan Pearson and Amy Rosenblum.  Sent to Linda for review |
| 03/20/2014 | Deadline to object 3/28/14 |
| | Lakelaw employed and PI counsel employed |
| 01/23/2014 | Motion to Extend Filed.  Continue to 2/26/14 for additional documents. |
| 01/09/2014 | Requested cancelled copies of check for the transfers listed in Schedules |
| 01/07/2014 | Motion to Employ Prepared |
| 12/18/2013 | Tax Intercept Completed |
| 12/12/2013 | Personal Injury claim 12 L 6180 |
| | Attorney Phillip J. Berez of Robert Lagendorf, P.C. |
| | Wineburg v. Mrozek |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 10/01/2015 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 08/18/2015 | DAVID LEIBOWITZ | |

Page No: 1
Exhibit 9
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Case 13-38458  Doc 79  Filed 04/19/16  Entered 04/19/16 09:51:38  Desc Main
Document  Page 9 of 11

| Case No. | 13-38458-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WINEBURGH, ANDREW | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6978 | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/18/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/21/2015 | (17) | Jeffrey Rubenstein | Negotiated Settlement Payment | 1249-000 | $70,000.00 | | $70,000.00 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $40.08 | $69,959.92 |
| 12/10/2015 | 3001 | Office of the Clerk United States Bankruptcy Court | Amount Claimed: 700.00;  Distribution Dividend: 100.00; Claim #: ; Dividend: 1.00; Amount Allowed: 700.00; Notes: Adversary case 1500197 Adversary case 1500200; | 2700-000 | | $700.00 | $69,259.92 |
| 12/10/2015 | 3002 | Lakelaw | Amount Claimed: 509.34;  Distribution Dividend: 100.00; Claim #: ; Dividend: 0.72; Amount Allowed: 509.34; Notes: ; | 3120-000 | | $509.34 | $68,750.58 |
| 12/10/2015 | 3003 | Lakelaw | Amount Claimed: 35,650.00; Distribution Dividend: 100.00; Claim #: ; Dividend: 50.95; Amount Allowed: 35,650.00; Notes: ; | 3110-000 | | $35,650.00 | $33,100.58 |
| 12/10/2015 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $6,750.00 | $26,350.58 |
| 12/10/2015 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.76 | $26,344.82 |
| 12/10/2015 | 3006 | Alan D. Lasko & Alan D. Lasko & Associates, PC | Amount Claimed: 2,874.60;  Distribution Dividend: 100.00; Claim #: ; Dividend: 4.10; Amount Allowed: 2,874.60; Notes: ; | 3410-580 | | $2,874.60 | $23,470.22 |
| 12/10/2015 | 3007 | Sallie Mae Inc. on behalf of | Amount Claimed: 12,564.56; Distribution Dividend: 50.89; Claim #: 5; Dividend: 9.14; Amount Allowed: 12,564.56; Notes: ; | 7100-000 | | $6,394.36 | $17,075.86 |
| 12/10/2015 | 3008 | Cavalry SPV I, LLC | Amount Claimed: 3,336.51;  Distribution Dividend: 50.89; Claim #: 1; Dividend: 2.42; Amount Allowed: 3,336.51; Notes: (1-1) Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N.A. &#092; Orchard Bank; | 7100-900 | | $1,698.01 | $15,377.85 |
| 12/10/2015 | 3009 | Cavalry SPV I, LLC | Amount Claimed: 3,868.32;  Distribution Dividend: 50.89; Claim #: 2; Dividend: 2.81; Amount Allowed: 3,868.32; Notes: (2-1) Cavalry SPV I, LLC as assignee of GE Capital Corp./GECAF; | 7100-900 | | $1,968.67 | $13,409.18 |
| 12/10/2015 | 3010 | Discover Bank | Amount Claimed: 8,057.72;  Distribution Dividend: 50.89; Claim #: 3; Dividend: 5.86; Amount Allowed: 8,057.72; Notes: ; | 7100-900 | | $4,100.74 | $9,308.44 |
| 12/10/2015 | 3011 | American InfoSource LP as agent for | Amount Claimed: 1,199.06;  Distribution Dividend: 50.89; Claim #: 4; Dividend: 0.87; Amount Allowed: 1,199.06; Notes: ; | 7100-900 | | $610.23 | $8,698.21 |

**SUBTOTALS** $70,000.00 $61,301.79

Page No: 2
Case 13-38458  Doc 79  Filed 04/19/16  Entered 04/19/16 09:51:38  Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 10 of 11
Exhibit 9

| Case No. | 13-38458-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WINEBURGH, ANDREW | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6978 | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/30/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/18/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/10/2015 | 3012 | PYOD, LLC its successors and assigns as assignee | Amount Claimed: 13,307.43; Distribution Dividend: 50.89; Claim #: 6; Dividend: 9.68; Amount Allowed: 13,307.43; Notes: ; | 7100-900 | | $6,772.42 | $1,925.79 |
| 12/10/2015 | 3013 | Portfolio Recovery Associates, LLC | Amount Claimed: 3,784.07; Distribution Dividend: 50.89; Claim #: 7; Dividend: 2.75; Amount Allowed: 3,784.07; Notes: ; | 7100-900 | | $1,925.79 | $0.00 |
| | | | **TOTALS:** | | $70,000.00 | $70,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $70,000.00 | $70,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $70,000.00 | $70,000.00 | |

| For the period of 9/30/2013 to 4/18/2016 | | For the entire history of the account between 07/21/2015 to 4/18/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $70,000.00 | Total Compensable Receipts: | $70,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $70,000.00 | Total Comp/Non Comp Receipts: | $70,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $70,000.00 | Total Compensable Disbursements: | $70,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70,000.00 | Total Comp/Non Comp Disbursements: | $70,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-38458-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WINEBURGH, ANDREW | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6978 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/30/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/18/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $70,000.00 | $70,000.00 | $0.00 |

**For the period of 9/30/2013 to 4/18/2016**

| | |
|---|---|
| Total Compensable Receipts: | $70,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $70,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $70,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/30/2013 to 4/18/2016**

| | |
|---|---|
| Total Compensable Receipts: | $70,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $70,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $70,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ